B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>FL 6801 Spirits LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>27-1139006 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>c/o Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas, New York, NY<br>ZIP CODE 10020 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other (Hotel Property) | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                      Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                            Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FL 6801 Spirits LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: Lehman Brothers Holdings Inc. | Case Number:<br>08-13555 | Date Filed:<br>09/15/2008 |
| District: Southern District of New York | Relationship:<br>Parent | Judge:<br>Hon. Shelley C. Chapman |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)
Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FL 6801 Spirits LLC |
|---|---|

| Signatures |
|---|

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   _____<br>   Telephone Number (if not represented by attorney)<br>   _____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code.<br>   Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   _____<br>   (Printed Name of Foreign Representative)<br><br>   _____<br>   Date |

| Signature of Attorney* |
|---|
| X /s/Albert Togut<br>   _____<br>   Signature of Attorney for Debtor(s)<br>   Albert Togut and Frank A. Oswald<br>   Printed Name of Attorney for Debtor(s)<br>   Togut, Segal & Segal LLP<br>   Firm Name<br>   One Penn Plaza, Suite 3335<br>   New York, NY 10119<br>   Address<br>   (212) 594-5000<br>   Telephone Number<br>   06/01/2014<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. |

| Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|
| I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   _____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   _____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/Anthony Barsanti<br>   _____<br>   Signature of Authorized Individual<br>   Anthony Barsanti<br>   Printed Name of Authorized Individual<br>   Authorized Signatory<br>   Title of Authorized Individual<br>   06/01/2014<br>   Date |

|   |
|---|
|    _____<br>   Address<br><br>X _____<br>   Signature<br><br>   _____<br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**Pending Bankruptcy Cases Filed by any Spouse, Partner, or Affiliate of this Debtor**
(continued from page 2 of petition)

On June 1, 2014, each of the entities listed below filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the number assigned to the chapter 11 case of FL 6801 Spirits LLC:

| Location Where Filed | Case No. | Date Filed | Debtor |
|---|---|---|---|
| Southern District of New York | TBA | 6/1/2014 | FL 6801 Collins North LLC |
| Southern District of New York | TBA | 6/1/2014 | FL 6801 Collins South LLC |
| Southern District of New York | TBA | 6/1/2014 | FL 6801 Collins Central LLC |

**Related Bankruptcy Cases:**

| Location Where Filed | Case No. | Date Filed | Debtor |
|---|---|---|---|
| Southern District of New York | 08-13600 | 09/16/2008 | LB 745 LLC |
| Southern District of New York | 08-13664 | 09/23/2008 | PAMI Statler Arms LLC |
| Southern District of New York | 08-13885 | 10/03/2008 | Lehman Brothers Commodity Services Inc. |
| Southern District of New York | 08-13888 | 10/03/2008 | Lehman Brothers Special Financing Inc. |
| Southern District of New York | 08-13893 | 10/03/2008 | Lehman Brothers OTC Derivatives Inc. |
| Southern District of New York | 08-13899 | 10/05/2008 | Lehman Brothers Derivative Products Inc. |
| Southern District of New York | 08-13900 | 10/05/2008 | Lehman Commercial Paper Inc. |
| Southern District of New York | 08-13901 | 10/05/2008 | Lehman Brothers Commercial Corporation |
| Southern District of New York | 08-13902 | 10/05/2008 | Lehman Brothers Financial Products Inc. |
| Southern District of New York | 08-13904 | 10/05/2008 | Lehman Scottish Finance L.P. |
| Southern District of New York | 08-13905 | 10/05/2008 | CES Aviation LLC |

| | | | |
|---|---|---|---|
| Southern District of New York | 08-13906 | 10/05/2008 | CES Aviation V LLC |
| Southern District of New York | 08-13907 | 10/05/2008 | CES Aviation IX LLC |
| Southern District of New York | 08-13908 | 10/05/2008 | East Dover Limited |
| Southern District of New York | 09-10108 | 01/07/2009 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| Southern District of New York | 09-10137 | 01/09/2009 | BNC Mortgage LLC |
| Southern District of New York | 09-10558 | 02/09/2009 | Structured Asset Securities Corporation |
| Southern District of New York | 09-10560 | 02/09/2009 | LB Rose Ranch LLC |
| Southern District of New York | 09-12516 | 04/23/2009 | LB 2080 Kalakaua Owners LLC |
| Southern District of New York | 09-17331 | 12/14/2009 | Merit LLC |
| Southern District of New York | 09-17503 | 12/22/2009 | LB Somerset LLC |
| Southern District of New York | 09-17505 | 12/22/2009 | LB Preferred Somerset LLC |

The chapter 11 case of Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior (Case No. 08-13903), filed in the Southern District of New York, has been dismissed [Docket #2913].

The chapter 11 case of Lehman Brothers Finance SA (Case No. 08-13887), filed in the Southern District of New York, has been dismissed [Docket #3076].

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Lara R. Sheikh

Proposed Counsel to the
  Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
                                          :
In re:                                    :    Chapter 11
                                          :
FL 6801 SPIRITS LLC, *et al.,*            :    Case Nos. [    ] through [    ]
                                          :
                              Debtors.    :    (Motion for Joint Administration
                                          :    Pending)
--------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)
## AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure

and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the

Southern District of New York, FL 6801 SPIRITS LLC, *et al.,* as debtors and debtors in

possession (the "Debtors"),[1] respectfully represent as follows:

1.      PAMI ALI LLC owns 100% of the equity of the Debtor FL 6801 Spirits

LLC.


*[concluded on the following page]*

---

[1]    The Debtors consist of the following entities:  FL 6801 Spirits LLC ("Spirits"), FL 6801 Collins North
       LLC ("6801 North"), FL 6801 Collins Central LLC ("6801 Central"), FL 6801 Collins South LLC ("6801
       South," together with 6801 North and 6801 Central, the "Collins Subsidiaries").

2.    The Debtors do not directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded. The Debtors do not own an interest in any general or limited partnerships or joint ventures.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of the debtors in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated:  June 1, 2014

/s/ Anthony Barsanti
By:    Anthony Barsanti
Title:  Authorized Signatory

2

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Lara R. Sheikh

Proposed Counsel to the
  Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
FL 6801 SPIRITS LLC, *et al.*,            :    Case Nos. [      ] through [       ]
                                          :
                          Debtors.        :    (Motion for Joint Administration
                                          :    Pending)
------------------------------------------------------------x

## CONSOLIDATED LIST OF 20 LARGEST UNSECURED CLAIMS

        The attached Exhibit A is a list of creditors holding the twenty (20) largest
unsecured claims against the above-captioned debtor and its debtor affiliates
(collectively, the "Debtors"),[1] all of which simultaneously have commenced chapter 11
cases in this Court.  The list has been prepared on a consolidated basis from the
unaudited books and records of the Debtors.  The list has been prepared in accordance
with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases.  The list does
not include (i) persons who fall within the definition of "insider" set forth in
11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that
the unsecured deficiency places the creditor among the holders of the 20 largest
unsecured claims.  The information contained herein shall not constitute an admission
of liability by, nor is it binding on, the Debtors.  Moreover, nothing herein shall affect
any Debtor's right to challenge the amount or characterization of any claim at a later
date.

---

[1]      The Debtors consist of the following entities:  FL 6801 Spirits LLC ("Spirits"), FL 6801 Collins
North LLC ("6801 North"), FL 6801 Collins Central LLC ("6801 Central"), FL 6801 Collins South LLC
("6801 South," together with 6801 North and 6801 Central, the "Collins Subsidiaries").

EXHIBIT A

Holders of the Twenty (20) Largest Unsecured Claims

As required under Local Rule 1007-2(a)(4), the following lists information relevant to the 20 largest unsecured claims.[1]

| Rank | Creditor's name, mailing address (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone number | Name(s), mailing address and telephone number of person(s) at creditor familiar with debtor's account | Nature of claim (trade debt, bank loan, government contract, etc.) | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Total amount of the claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1 | Canyon Ranch 8600 E. Rockcliff Road Tucson, AZ  85750 Tel.: (520) 749-9655 | Gary Milner Jerry Cohen Tel.: (520) 749-9000 | Unliquidated amounts under Canyon Ranch Agreements | Unliquidated, Disputed | Unliquidated |

---

[1]    The amounts set forth on this Exhibit represent estimated amounts as of the Petition Date and shall not constitute an admission of liability by, nor is it binding on, the Debtors.

| Rank | Creditor's name, mailing address (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone number | Name(s), mailing address and telephone number of person(s) at creditor familiar with debtor's account | Nature of claim (trade debt, bank loan, government contract, etc.) | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Total amount of the claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 2 | North Carillon Beach Condominium Association, Inc. 6899 Collins Avenue Miami Beach, FL 33141 Tel.: (305) 514-7458 | John K. Shubin, Esq. Juan J. Farach, Esq. Shubin & Bass 46 S.W. First Street, 3rd Floor Miami, FL 33130 Tel.: (305) 381-6060 Fax (305) 381-9457 Email: jshubin@shubinbass.com Email: jfarach@shubinbass.com | Litigation | Contingent, Unliquidated, Disputed | Unliquidated |

2

| Rank | Creditor's name, mailing address (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone number | Name(s), mailing address and telephone number of person(s) at creditor familiar with debtor's account | Nature of claim (trade debt, bank loan, government contract, etc.) | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Total amount of the claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 3 | Central Carillon Beach Condominium Association, Inc. 6801 Collins Avenue Miami Beach, FL 33141 Tel.: (305) 514-7458 | George G. Mahfood, Esq. Amanda Star Frazer, Esq. Broad and Cassel One Biscayne Tower, 21st Floor 2 South Biscayne Boulevard Miami, FL 33131 Tel.: (305) 373-9427 Fax: (305) 995-6437 Email: GMahfood@BroadandCassel.com | Litigation | Contingent, Unliquidated, Disputed | Unliquidated |

3

| Rank | Creditor's name, mailing address (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone number | Name(s), mailing address and telephone number of person(s) at creditor familiar with debtor's account | Nature of claim (trade debt, bank loan, government contract, etc.) | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Total amount of the claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 4 | South Carillon Beach Condominium Association, Inc. 6799 Collins Avenue Miami Beach, FL 33141 Tel.: (305) 514-7458 | George G. Mahfood, Esq. Amanda Star Frazer, Esq. Broad and Cassel One Biscayne Tower, 21st Floor 2 South Biscayne Boulevard Miami, FL 33131 Tel.: (305) 373-9427 Fax: (305) 995-6437 Email: GMahfood@BroadandCassel.com | Litigation | Contingent, Unliquidated, Disputed | Unliquidated |

4

| Rank | Creditor's name, mailing address (including the number, street, apartment or suite number, and zip code; if not included in the post office address) and telephone number | Name(s), mailing address and telephone number of person(s) at creditor familiar with debtor's account | Nature of claim (trade debt, bank loan, government contract, etc.) | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Total amount of the claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 5 | CR Miami LLC, as agent 8600 E. Rockcliff Road Tucson, AZ 85750 Tel.: (520)749-9655<br><br>Attn:<br>Gary Milner<br>Jerry Cohen<br>Tel.: (520)749-9000 | W. James Harrison, Esq. W.J. Harrison & Associates, P.C. 3561 East Sunrise Suite 201 Tucson, AZ 85718 Tel.: (520) 529-3700 | Obligations to Hotel Lot Unit Owners participating in Rental Management Program[2] | Unliquidated | Unliquidated |
| 6 | KM/Plaza 120 NE 27th Street Suite 600 Miami, FL 33137 Tel. (305) 455-0784<br><br>-and-<br><br>1065 Avenue of the Americas 7th Floor New York, NY 10018 Tel. (212) 849-4749 | Jeffrey J. Pardo, Esq. Pardo Gainsburg, P.L. 200 S.E. First Street, Suite 700 Miami, FL 33131 Tel.: (305) 358-1001 Fax: (305) 358-2001 Email: jpardo@pardogainsburg.com | Contract | Contingent, Unliquidated, Disputed | $1,470,200.00 |

---

[2]    As of the Petition Date, approximately 98 of the Units in the Hotel Tower are contract parties to FL 6801 Collins Central, LLC pursuant to the Rental Management Program, which is operated and managed by Canyon Ranch on the Debtors' behalf.

| Rank | Creditor's name, mailing address (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone number | Name(s) mailing address and telephone number of person(s) at creditor familiar with debtor's account | Nature of claim (trade debt, bank loan, government contract, etc.) | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Total amount of the claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 7 | EBL Partners, LLC, CGC Lic. #1518857<br>1482 Rail Head Boulevard<br>Naples, FL 34110<br>Tel.: (239) 825-2495 | Michael Hawkins<br>1482 Rail Head Boulevard<br>Naples, FL 34110<br>Tel.: (239) 825-2495 | Contract | Unliquidated | Unliquidated |
| 8 | Cotton and Company<br>699 S.E. 5th Street<br>Stuart, Florida 34994<br>Tel.: (772) 600-3501 | Laurie Andrews<br>699 S.E. 5th Street<br>Stuart, FL 34994<br>Tel.: (772) 600-3501 | Contract | Unliquidated | $2,300 |
| 9 | Rennert Vogel Mandler & Rodriguez, P.A.<br>100 S.E. 2nd Street #2900<br>Miami, FL 33131<br>Tel.: (305) 577-4164 | Wendy Beck<br>100 SE 2nd Street, #2900<br>Miami, FL 33131<br>Tel.: (305) 577-4164 | Contract | Unliquidated | Unliquidated |
| 10 | Florida Power and Light<br>700 Universe Boulevard<br>Juno Beach, FL 33408<br>(Units C-218, C-307, C-318, C-507, C-607, C-707, C-807, C-907, C-1007, N-201, N-202, N-610, S-109) | 700 Universe Boulevard<br>Juno Beach, FL 33408<br>Corporate Phone Number:<br>(561) 694-4000 | Utility | Unliquidated | $1450.00 |

6

| Rank | Creditor's name, mailing address (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone number | Name(s), mailing address and telephone number of person(s) at creditor familiar with debtor's account | Nature of claim (trade debt, bank loan, government contract, etc.) | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Total amount of the claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 11 | North Carillon Beach Condominium Association, Inc. (Units 204, 205, 610) | North Carillon Beach Condominium Association, Inc. c/o Atlantic and Pacific Management P.O Box 019767 Miami, FL 33101-9767 Tel.: (305) 514-7355 | Association Dues | Unliquidated | $509.90 |
| 12 | South Carillon Beach Condominium Association, Inc. (Unit 109) | South Carillon Beach Condominium Association, Inc. c/o Atlantic and Pacific Management P.O Box 019767 Miami, FL 33101-9767 Tel.: (305) 514-7355 | Association Dues | Unliquidated | $105.05 |
| 13 | Central Carillon Beach Condominium Association, Inc. (Units 218, 307, 318, 507, 607, 707, 807, 907,1007, SCUO) | Central Carillon Beach Condominium Association, Inc. c/o Atlantic and Pacific Management P.O Box 019767 Miami, FL 33101-9767 Tel.: (305) 514-7355 | Association Dues | Unliquidated | $3,115.01 |

## DECLARATION CONCERNING CONSOLIDATED LIST OF
## <u>CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS</u>

I, the undersigned authorized officer of the debtors in this case, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief.

Dated:   June 1, 2014

<u>/s/ Anthony Barsanti</u>
By:    Anthony Barsanti
Title:  Authorized Signatory

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Lara R. Sheikh

Proposed Counsel to the
  Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re:                                        :         Chapter 11
                                              :
FL 6801 SPIRITS LLC, *et al.*,                :         Case Nos. [     ] through [      ]
                                              :
                      Debtors.                :         (Motion for Joint Administration
                                              :         Pending)
------------------------------------------------------------x

## LIST OF CREDITORS[1]

       Contemporaneously herewith, the above-captioned debtor and its affiliated debtors and debtors in possession (collectively, the "Debtors") have filed a motion requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(l) of title II of the United States Code, Rules 1007(a)(I) and 2002(a), (f), and (1) of the Federal Rules of Bankruptcy Procedure, Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Orders 1-133, M-137, M-138, M-192 and M-409 of the United States Bankruptcy Court for the Southern District of New York. The Debtors propose to furnish their lists of creditors to the proposed noticing and claims agent. The Debtors have consulted with and received the approval of the Clerk of this Court to implement the foregoing procedures. The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of these cases. The schedules of liabilities to be filed subsequently should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of these cases.

---

[1]   The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of the debtors in this case, declare under penalty of perjury that I have reviewed the foregoing statement regarding the "List of Creditors" and that the statement is true and correct to the best of my information and belief.

Dated: June 1, 2014

/s/ Anthony Barsanti
By: Anthony Barsanti
Title:   Authorized Signatory

2

# CERTIFICATE OF RESOLUTIONS

I, Anthony Barsanti, a duly authorized officer of Lehman Ali Inc., the sole member of PAMI ALI LLC (the "Managing Member") and an Authorized Signatory of the Managing Member, which in turn is the sole member and manager of FL 6801 Spirits LLC (the "Spirits"), which in turn is the sole member and manager of each of: FL 6801 Collins North LLC ("6801 North"), FL 6801 Collins Central LLC ("6801 Central"), FL 6801 Collins South LLC ("6801 South," together with Spirits, 6801 North and 6801 Central, the "Company"), each of which are limited liability companies organized under the laws of Delaware, do hereby certify that the Managing Member consented to, adopted, and approved the following resolutions and each and every action effected thereby, in accordance with the requirements of the applicable law and the constitutive documents of the Managing Member and the Company, and that these resolutions have not been modified or rescinded and are still in full force and effect as of the current date.

RESOLVED, that in the judgment of the Managing Member, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and further

RESOLVED, that any of the Authorized Signatories of the Managing Member or the Company be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions and amendments thereto commencing cases under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time or in such other jurisdiction as such person executing the same shall determine; and further

RESOLVED, that the law firm of Togut, Segal & Segal LLP is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Cases, subject to any requisite bankruptcy court approval; and further

RESOLVED, that each of the Authorized Signatories identified above, and any employees or agents (including counsel) designated by or directed by any such Authorized Signatories (each of such Authorized Signatories, employees and agents, an "Authorized Person") be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other documents, and to take and perform any and all further acts and deeds, which he or she deems necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case; and further

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants,

financial advisors, restructuring advisors, and other professionals in connection with the Chapter 11 Cases as such Authorized Person shall consider necessary, appropriate or convenient for the successful prosecution of such case; and further

RESOLVED, that subject to any contrary direction that the Managing Member of the Company provided with respect to any authorized signatory of the Company, each Authorized Person be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any loan, security or other agreement, note, other instrument, consent or certificates, or amendment or assignment thereof, as such person considers necessary, appropriate, desirable, or advisable to effectuate borrowings or other financial arrangements that are necessary or appropriate in the interests of the Company in connection with the Chapter 11 Cases, such determination to be conclusively evidenced by such execution or taking of such action; and further

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to negotiate, execute, deliver, cause the Company to enter into, certify, file and/or record, and perform or cause the performance of and to consummate the transactions contemplated by, such other agreements, instruments, settlements, releases, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates and other documents, and amendments or assignments thereof, and to take such other actions, as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate the prosecution of the Chapter 11 Cases or a successful reorganization of the business of the Company, in each case in such form and with such substance as such Authorized Person may approve, with the execution, delivery, certification, filing or recording thereof or taking of such other action to constitute conclusive evidence of such approval; and further

RESOLVED, in connection with the conduct of the business and affairs of the Company during the Chapter 11 Cases, each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company: (i) to negotiate, execute, deliver, enter into, certify, file and/or record any and all of the agreements, instruments, motions, certifications, applications and documents referenced in the foregoing resolutions and such other agreements, instruments, applications, consents, assignments and other documents as may be or become required or as such Authorized Persons deem appropriate or advisable, and to perform or to cause the performance thereof, with the execution, delivery, certification, filing or recording thereof to constitute evidence of such approval; and (ii) to do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the foregoing resolutions and the consummation of the transactions contemplated hereby; and further

RESOLVED, that any and all actions heretofore taken or caused to be taken by any Authorized Person in the name and on behalf of the Company that would be permitted to be taken by the preceding resolutions if such resolutions

had been adopted before the time such actions were taken or caused, and the same hereby are, ratified, approved, confirmed and adopted in all respects;

IN WITNESS WHEREOF, I have set my hand this 28th day of May, 2014.

Managing Member
PAMI ALI LLC,

By: /s/ Anthony Barsanti
Name: Anthony Barsanti
Title: Authorized Signatory