TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Lara R. Sheikh

*Attorneys for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                              :

In re:                                    :          Chapter 11
                                               :          Case Nos. [___] through [_____]

FL 6801 SPIRITS LLC, *et al.*,     :
                                               :          (Motion for Joint Administration
                                 Debtors.    :          Pending)
                                               :
---------------------------------------------------------------x

### *EX PARTE* ORDER SCHEDULING A HEARING TO CONSIDER DEBTORS' MOTION FOR (A) AN ORDER APPROVING, AMONG OTHER THINGS, (i) BIDDING PROCEDURES REGARDING THE SALE OF THE DEBTORS' PROPERTY, SUBJECT TO HIGHER OR BETTER OFFERS AND BANKRUPTCY COURT APPROVAL, (ii) THE TIME, DATE, PLACE, AND FORM OF NOTICE FOR THE AUCTION AND SALE HEARING, (iii) A BREAK-UP FEE, AND (iv) RELATED RELIEF AND <u>(B) FIXING NOTICE REQUIREMENTS FOR SAME</u>

Upon the *ex parte* motion (the "Scheduling Motion")[1] for entry of an Order scheduling a hearing on the Debtors'[2] motion (the "Bidding Procedures Motion") for Orders approving, among other things, (i) bidding procedures for the sale of substantially all of the Collins Subsidiaries' property (the "Property"), (ii) fixing the notice requirements for same, and (iii) authorization to pay a Break-up Fee; and the

---

[1] Capitalized terms used in this Order and not otherwise defined shall have the meanings ascribed to them in the Scheduling Motion.

[2] The Debtors consist of the following entities: FL 6801 Spirits LLC ("Spirits"), FL 6801 Collins North LLC ("6801 North"), FL 6801 Collins Central LLC ("6801 Central"), FL 6801 Collins South LLC ("6801 South," together with 6801 North and 6801 Central, the "Collins Subsidiaries").

Court having reviewed the Scheduling Motion; and after due deliberation and sufficient cause appearing therefore and no further notice being required, it is hereby

**ORDERED**, that the relief sought in the Scheduling Motion is granted as provided for herein; and it is further

**ORDERED**, that a hearing to consider the Bidding Procedures Motion will be held on June __, 2014, at _____ a.m. New York time, or as soon thereafter as counsel may be heard, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 621 of the Bankruptcy Court, One Bowling Green, New York, New York 10004 (the "Procedures Hearing"); and it is further

**ORDERED**, that responses, if any, to the Bidding Procedures Motion be made in writing, state with particularity the reasons for the objection or response, and be filed with the Clerk of the Bankruptcy Court, with copies delivered to the Bankruptcy Court and received by the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 621, New York, New York 10004-1408, conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtors' estates or properties, the basis for the objection and the specific grounds therefor, and be served upon: (i) Togut, Segal & Segal LLP, attorneys for the Debtors, One Penn Plaza, Suite 3335, New York, New York 10119, Attention: Frank A. Oswald, Esq.; (ii) the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: William K. Harrington, Esq. and Susan D. Golden, Esq.; and (iii) counsel for Purchaser, Fulbright & Jaworski LLP, 98 San Jacinto Blvd., Suite 1100, Austin, Texas 78701-4255, Attn: Jane Snoddy Smith, Esq., so that they are filed and actually received

by them not later than 4:00 p.m. on _____, 2014.  Objections not timely served and filed may not considered by the Court;  and it is further

      **ORDERED**, that for cause shown and pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002(a), 2002(m) and 9006(c), notice of the Bidding Procedures Motion required to be given by the Debtors pursuant to Bankruptcy Rule 2002 shall be sufficient if a copy of this Scheduling Order and the Bidding Procedures Motion is served by (a) overnight mail or (b) electronic transmission followed by regular first class mail, within two (1) business day hereof upon: (i) counsel for the Purchaser, Fulbright & Jaworski LLP, 98 San Jacinto Blvd., Suite 1100, Austin, Texas 78701-4255, Attn:  Jane Snoddy Smith, Esq. and 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, Attn:  Kristian W. Gluck, Esq.;  (ii) all applicable federal, state, and local taxing and regulatory authorities of the Debtors or recording offices or any other governmental authorities that, as a result of the sale of the Assets, are reasonably expected by the Debtors to have claims, contingent or otherwise, in connection with the Debtors' ownership of the Assets or have any known interest in the relief requested by the Motion, including (a) the Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114, (b) the Florida Licensing Authorities, and (c) the City of Miami Beach, City Hall, 1700 Convention Center Drive, Miami Beach, FL 33139;  (iii) the Debtors' known secured creditors and lien holders, including all creditors or their counsel known to the Debtors to assert a lien (including any security interest), claim, right, interest, or encumbrance of record against all or any portion of the Assets;  (iv) the United States Attorney for the Southern District of New York;  (v) the Office of the United States Trustee for Region 2, U.S. Federal Office Building, Attn: William K. Harrington, Esq. and Susan D. Golden, Esq., 201 Varick Street, Suite 1006, New York, New York 10014;  (vi) the Debtors' Secured Lender, PAMI ALI LLC, c/o Weil, Gotshal

3

& Manges LLP, Attn: Jacqueline Marcus, Esq., 767 Fifth Avenue New York, New York 10153;  (vii) CR Miami, LLC, Attn:  Jerry Cohen and Gary Milner, 8600 East Rockcliff Road, Tucson, Arizona 85750;  and W. James Harrison Esq., W.J. Harrison & Associates, P.C., 3561 East Sunrise, Suite 201, Tucson, AZ 85718 (counsel to CR Miami, LLC);  (viii) parties to executory contracts and unexpired leases proposed to be assumed and assigned, or rejected as part of the Proposed Sale;  (ix) counsel to the North Tower Association;  (x) counsel to the Central and South Tower Associations;  (xi) all owners of units at the Property;  (xii) the creditors listed as holding the twenty (20) largest unsecured claims against the Debtors' estates (on a consolidated basis);  (xiii) all entities that have expressed an interest to the Debtors' or their advisors in purchasing the Assets;  (xiv) all parties listed on Schedule 6 to the Purchase Agreement;  and (xv) all other parties that filed notices of appearance in the Chapter 11 cases.

DATED:  New York, New York
              _____, 2014

                              _____
                              HONORABLE SHELLEY C. CHAPMAN
                              UNITED STATES BANKRUPTCY JUDGE

4