TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Brian F. Moore
Lara R. Sheikh

*Proposed Counsel to the
Debtors and Debtors in Possession*

HEARING DATE: JUNE 25, 2014
AT: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                              :        Chapter 11
                                                    :
FL 6801 SPIRITS LLC, *et al.*,                      :        Case Nos. 14-11691 [SCC]
                                                    :
                          Debtors.                  :        (Jointly Administered)
                                                    :
------------------------------------------------------------x

**PROPOSED AGENDA FOR HEARING
SCHEDULED FOR JUNE 25, 2014 AT 10:00 A.M.**

**Location of Hearing**:    United States Bankruptcy Court for the Southern District of New York, Room 623, One Bowling Green, New York, NY 10004.

All matters set for hearing are uncontested:

**A.    UNCONTESTED MATTERS:**

1.    Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Super-Priority Financing, and (B) Utilize Cash Collateral of Prepetition Lender; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief [Docket No. 5].

   Response Deadline:    June 18, 2014 at 4:00 p.m.

   Related Documents:

   (i)    Affidavit of Service [Docket No. 16];

   (ii)   (ii) Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Super-Priority Financing, and

      (B) Utilize Cash Collateral of Prepetition Lender; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief [Docket No. 29];

      (iii)    Notice of Hearing [Docket No. 32];

      (iv)    Affidavit of Service [Docket No. 38].

Responses/Replies Filed:   None.

Status:      This matter is going forward.

2. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 345, 363, 364 and 503(b)(1) Authorizing (I) Continued Maintenance of Existing Bank Accounts; (II) Continued Use of Existing Business Forms; (III) Continued Use of Existing Cash Management System; and (IV) Waiver of Certain Guidelines Relating to Bank Accounts [Docket No. 9].

Response Deadline:     June 18, 2014 at 4:00 p.m.

Related Documents:

      (i)    Affidavit of Service [Docket No. 16];

      (ii)    Interim Order Pursuant to 11 U.S.C. §§ 105(a), 345, 363, 364 and 503(b)(1) Authorizing (I) Continued Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms; (III) Continued Use of Existing Cash Management System; and (IV) Waiver of Certain Guidelines Relating to Bank Accounts [Docket No. 28];

      (iii)    Notice of Hearing [Docket No. 31];

      (iv)    Affidavit of Service [Docket No. 38].

Responses/Replies Filed:   None.

Status:      This matter is going forward.

3. Application to Employ Togut, Segal & Segal LLP as Counsel to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 34].

Response Deadline:     June 18, 2014 at 4:00 p.m.

Related Documents:

      (i)    Affidavit of Service [Docket No. 40].

        Responses/Replies Filed:   None.

        Status:        This matter is going forward.

4.   Application to Employ Shutts & Bowen LLP as Special Real Estate Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 35].

        Response Deadline:        June 18, 2014 at 4:00 p.m.

        Related Documents:

            (i)   Affidavit of Service [Docket No. 40].

        Responses/Replies Filed:   None.

        Status:        This matter is going forward.

5.   Application to Employ CBRE, Inc. as Real Estate Broker for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 36].

        Response Deadline:        June 18, 2014 at 4:00 p.m.

        Related Documents:

            (i)   Affidavit of Service [Docket No. 40].

        Responses/Replies Filed:   None.

        Status:        This matter is going forward.

6.   Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 42].

        Response Deadline:        June 18, 2014 at 4:00 p.m.

        Related Documents:

            (i)   Affidavit of Service [Docket No. 44].

Responses/Replies Filed:   None.

<u>Status</u>:       This matter is going forward.

Dated:  New York, New York
        June 23, 2014

          FL 6801 SPIRITS LLC, et al.,
          Debtors and Debtors in Possession,
          By Their Proposed Counsel
          TOGUT, SEGAL & SEGAL LLP
          By:

          <u>/s/Frank A. Oswald</u>
          FRANK A. OSWALD
          BRIAN F. MOORE
          LARA R. SHEIKH
          One Penn Plaza, Suite 3335
          New York, New York 10119
          (212) 594-5000