TOGUT, SEGAL & SEGAL LLP  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Albert Togut  
Frank A. Oswald  
Lara R. Sheikh  

MEETING DATE: JULY 23, 2014  
AT:   2:30 p.m.

*Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
:  
In re:                                                 :        Chapter 11  
                                                       :  
FL 6801 SPIRITS LLC, *et al.*,           :        Case No. 14-11691 [SCC]  
                                                       :  
                              Debtors.    :        (Jointly Administered)  
                                                       :  
-------------------------------------------------------------x  

## NOTICE OF MEETING OF CREDITORS PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE

**TO ALL INTERESTED PARTIES**:

On June 1, 2014, the debtors and debtors in possession in the above-captioned case (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Debtors' names, case numbers and federal tax identification numbers are listed below.

| **Name of Debtor:** | **Case Number:** | **Tax Identification No.:** |
|---|---|---|
| FL 6801 Spirits LLC | 14-11691 (SCC) | 27-1139006 |
| FL 6801 Collins North LLC | 14-11692 (SCC) | 27-0943498 |
| FL 6801 Collins South LLC | 14-11693 (SCC) | 27-0943597 |
| FL 6801 Collins Central LLC | 14-11694 (SCC) | 27-1139108 |

**MEETING OF CREDITORS**: A representative of the Debtors, as specified in rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the section 341 meeting of creditors on the date and at the place set forth below to be examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtor and transact other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to creditors. The meeting of creditors is scheduled for:

       Date:  July 23, 2014
       Location: 80 Broad Street
           Fourth Floor
           New York, New York 10004
       Time:  2:30 p.m. (NY Time)

   **PROOF OF CLAIM**: Schedules of assets and liablities will be filed pursuant to Bankruptcy Rule 1007 on or before July 15, 2014. Any creditor holding a scheduled claim not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must timely file their proofs of claim. A creditor who desires to rely on the schedules of assets and liabilities has the responsibility for determining that its claim is listed accurately. **<u>A proof of claim form and the deadline notice will be sent to you at a later date. A deadline for the last day for filing proofs of claim has not yet been established.</u>**

   <u>Creditor(s) with a Foreign Address</u>: The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Proofs of Claim forms are available in the clerk's office of any bankruptcy court. Proof of Claim forms are also available from the Court's website at <u>http://www.nysb.uscourts.gov</u> or at <u>http://cases.primeclerk.com/flspirits/</u>.

   **CONTACTING THE DEBTORS AND PRIME CLERK**: You may contact either the Debtors' attorneys or Prime Clerk LLC ('"Prime Clerk"), the claims agent in these cases, for more information regarding these chapter 11 cases at the following:

   <u>Counsel for Debtors</u>:

    Togut, Segal & Segal, LLP
    One Penn Plaza, Suite 3335
    New York, NY 10119
    Attn.: Frank A. Oswald, Esq.
       Lara R. Sheikh, Esq.
    Tel.: (212) 594-5000
    Fax: (212) 967-4258

<u>Claims Agent for Debtors</u>:

    FL 6801 Spirits LLC Claims Processing Center
    c/o Prime Clerk LLC
    830 Third Avenue, 9th Floor
    New York, NY 10022
    Tel.: (844) 205-4336

<u>Trustee</u>:    None appointed to date.

**INFORMATIONAL WEBSITE:** Throughout this case, the Debtors' Notice and Claims Agent shall maintain a website of this chapter 11 case at: http://cases.primeclerk.com/flspirits/.

This privately maintained case information website shall contain certain limited information and documents relating to these chapter 11 cases.

**BANKRUPTCY CLERK'S OFFICE:** Any paper you file in the bankruptcy case should be filed at the bankruptcy clerk's office at the address listed below. You may inspect all papers filed, including the list of the Debtors' property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. In addition, such documents may be available at http://www.nysb.uscourts.gov, and can be viewed with a PACER password (to obtain a PACER password and a log-in, go to the PACER website, http://pacer.psc.uscourts.gov).

**ADDRESS OF THE CLERK OF THE BANKRUPTCY COURT:**

    **Clerk of the United States Bankruptcy Court**
    **United States Bankruptcy Court**
    **for the Southern District of New York**
    **One Bowling Green**
    **New York, New York 10004**

Dated:  New York, New York
         July 1, 2014

    FL 6801 SPIRITS LLC, et al.,
    Debtors and Debtors in Possession,
    By Their Counsel
    TOGUT, SEGAL & SEGAL LLP
    By:

    /s/Frank A. Oswald
    FRANK A. OSWALD
    LARA R. SHEIKH
    One Penn Plaza, Suite 3335
    New York, New York 10119
    (212) 594-5000