UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
                                                              :
FL 6801 SPIRITS LLC, *et al.*,                                :    Case No. 14-11691 (SCC)
                                                              :
                        Debtors.                              :    (Jointly Administered)
                                                              :
----------------------------------------------------------------X

### ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion") of the above-captioned debtors (the "Debtors"), as debtors and debtors in possession herein, by their attorneys, for an order pursuant to section 1121(d) of the Bankruptcy Code extending the exclusive periods within which only the Debtors may file a Chapter 11 plan and solicit acceptances thereto; and good and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and no adverse interest appearing; and a hearing to consider the Motion having been held on October 7, 2014; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estate, their creditors and other parties in interest; and after due deliberation and sufficient cause existing therefor; it is

**ORDERED**, that the Motion be, and it hereby is, granted to the extent provided below; and it is further

**ORDERED**, that the Debtors' exclusive period to file a plan pursuant to section 1121 of the Bankruptcy Code be, and it hereby is, extended through and including December 1, 2014, and the Debtors' exclusive period for obtaining acceptances of such plan under section 1121 of the Bankruptcy Code is extended through and including February 2, 2015; and it is further

**ORDERED**, that the extensions of the times provided herein are without prejudice to the Debtors' right to seek a further extension(s) of time under section 1121 of the Bankruptcy Code upon proper application and notice.

DATED: New York, New York
October 7, 2014

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE