BROWN RUDNICK LLP
Edward S. Weisfelner
Howard S. Steel
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4900

- and -

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
Scott L. Baena (admitted *pro hac vice*)
Mindy A. Mora
Martin A. Schwartz
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone:  (305) 350-2414

*Co-Counsel for North Carillon Beach Condominium Association, Inc., Central Carillon Beach Condominium Association, Inc., and South Carillon Beach Condominium Association, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 14-11691 (SCC) |
| FL 6801 SPIRITS LLC, *et al.*, | : |
| | : (Jointly Administered) |
| Debtors. | : |

------------------------------------------------------------------X

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that:  (i) *The Associations' Motion for Entry of an Order:  (I) Finding that the Proposed Sale Cannot Be Consummated Free and Clear of the Florida Lawsuits Pursuant to 11 U.S.C. §§ 105 and 363, or in the Alternative, (II) Abstaining from Adjudicating Declaratory Relief Requested in Florida Lawsuits Pursuant to 28 U.S.C. § 1334 and to Lift the Automatic Stay to Pursue the Declaratory Relief Sought in the Florida*

*Lawsuits Pursuant to 11 U.S.C. § 362* [Docket No. 132]; and (ii) the *Motion for Entry of an Order: (I) Appointing a Trustee Pursuant to Bankruptcy Code Section 1104(a), or, Alternatively, (II) Appointing an Examiner Pursuant to Bankruptcy Code Section 1104(c) and Terminating the Debtors' Exclusivity Period Pursuant to Bankruptcy Code Section 1121(d)* [Docket No. 135] (collectively, the "**Associations' Motions**") that were scheduled to be heard on October 15, 2014 at 10:00 a.m. (Eastern Time) have been adjourned *sine die*.

**PLEASE TAKE FURTHER NOTICE** a status conference with respect to the Associations' Motions will occur on **October 16, 2014 at 10:00 a.m. (Eastern Time)** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408.

[*The remainder of this page is intentionally left blank.*]

Dated: New York, New York
October 9, 2014

Respectfully submitted,

**NORTH CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., CENTRAL CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., AND SOUTH CARILLON CONDOMINIUM ASSOCIATION, INC.**

By their counsel,
BROWN RUDNICK LLP
By:

*/s/ Howard S. Steel*
Edward S. Weisfelner
Howard S. Steel
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

-and-

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
Scott L. Baena (admitted *pro hac vice*)
Mindy A. Mora
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 351-2242