## Exhibit D

### NORTH TOWER CONDOMINIUM UNITS LEGAL DESCRIPTION

Units 610, 204 and 205 of North Carillon Beach, a Condominium, according to the Declaration of Condominium thereof, filed August 27, 2008, in Official Records Book 26542, at Page 0015 of the Public Records of Miami-Dade County, Florida, and all amendments thereto, together with an undivided interest in and to the common elements appurtenant thereto as specified in such Declaration.

### SOUTH TOWER CONDOMINIUM UNITS LEGAL DESCRIPTION

Unit 109 of South Carillon Beach, a Condominium, according to the Declaration of Condominium thereof, filed December 3, 2007, in Official Records Book 26080, at Page 4764, of the Public Records of Miami-Dade County, Florida, and all amendments thereto, together with an undivided interest in and to the common elements appurtenant thereto as specified in such Declaration.

### CENTRAL TOWER CONDOMINIUM UNITS LEGAL DESCRIPTION

Units 207, 307, 319, 519, 619, 719, 819, 919, and 1019 of Central Carillon Beach, a Condominium, according to the Declaration of Condominium thereof, filed October 15, 2008, in Official Records Book 26610, at Page 735, of the Public Records of Miami-Dade County, Florida, and all amendments thereto, together with an undivided interest in and to the common elements appurtenant thereto as specified in such Declaration.

### HOTEL PROPERTY LEGAL DESCRIPTION

**Parcel 1:**

Lots 1 through 6, inclusive, in Block B, CORRECTED PLAT OF ATLANTIC HEIGHTS, according to the Plat thereof, as recorded in Plat Book 9, at Page 14, of the Public records of Miami-Dade County, Florida.

**Parcel 2:**

A PARCEL OF LAND LYING East of the Water Line of the Atlantic Ocean as shown on said CORRECTED PLAT OF ATLANTIC HEIGHTS and lying West of the Erosion Control Line as shown on establishment of EROSION CONTROL LINE, according to the Plat thereof, as recorded in Plat Book 105, at Page 62, of said Public Records, and lying South of the Easterly extension of the North line of said Lot 1 in Block B and lying North of the Easterly extension of the South line of said Lot 6 in Block B of CORRECTED PLAT OF ATLANTIC HEIGHTS.

**Parcel 3:**

The North 25.00 feet of Lot 48, all Lots 49 through 53, inclusive, in Block 1 of AMENDED SECOND OCEAN FRONT SUBDIVISION, according to the plat thereof, a subdivision recorded in Plat Book 28, at Page 28, of the Public Records of Miami-Dade County, Florida.

**Parcel 4:**

A parcel of land lying East of the High Water Line of the Atlantic Ocean as shown on said AMENDED SECOND OCEAN FRONT SUBDIVISION, and lying West of the Erosion Control Line as shown on establishment of EROSION CONTROL LINE, according to the plat thereof, as recorded in Plat Book 105 at Page 62 of said Public Records, and lying South of the Easterly extension of the North line of said Lot 53 in Block 1, and lying North of the Easterly extension of the South line of said North 25.00 feet of Lot 48 in Block 1 of AMENDED SECOND OCEAN FRONT SUBDIVISION.

**LESS AND EXCEPT THE FOLLOWING FROM PARCELS 1 and 2 ABOVE:**

North Carillon Beach, a Condominium, according to the Declaration of Condominium thereof ("Declaration"), recorded on August 27, 2008 in Official Records Book 26542, Pages 0015 through 158, of the Public Records of Miami-Dade County, Florida, and any and all amendments thereto; and

The Retail Lot, described as follows:

A portion of Lots 1, 2, 3, 4, 5 and 6, of Block B, CORRECTED PLAT OF ATLANTIC HEIGHTS, according to the plat thereof, as recorded in Plat Book 9 at Page 14 of the Public Records of Miami-Dade County, Florida, being more particularly described as follows:

Commence at the Southwest corner of said Lot 6; thence N 02°27'29" W along the West line of said Block B, also being the East right of way line of Collins Avenue (State Road A-1-A) for 28.07 feet; thence N 87°32'31" E at right angles to the previously described course for 15.62 feet to the Point of Beginning; thence N 88°18'36" E for 15.52 feet; thence N 01°41'24" W for 123.25 feet; thence N 88°20'18" E for 17.15 feet; thence N 01°41'24" W for 124.26 feet; thence S 88°18'38" W for 32.67 feet; thence S 01°41'24" E for 247.50 feet to the Point of Beginning.

The above described perimetrical boundary lies between elevation +8.1 feet and elevation +21.4 feet relative to the National Geodetic Vertical Datum of 1929.

**LESS AND EXCEPT THE FOLLOWING FROM PARCELS 3 and 4 ABOVE:**

Central Carillon Beach, a Condominium, according to the Declaration of Condominium thereof ("Declaration"), recorded in Official Records Book 26610, Pages 735 through 822, of the Public Records of Miami-Dade County, Florida, and any and all amendments thereto; and

South Carillon Beach, a Condominium, according to the Declaration of Condominium thereof ("Declaration"), recorded in Official Records Book 26080, Pages 4764 through 4904, of the Public Records of Miami-Dade County, Florida, and any and all amendments thereto.

## RETAIL PROPERTY LEGAL DESCRIPTION

A portion of Lots 1, 2, 3, 4, 5 and 6, of Block B, CORRECTED PLAT OF ATLANTIC HEIGHTS, according to the plat thereof, as recorded in Plat Book 9 at Page 14 of the Public Records of Miami-Dade County, Florida, being more particularly described as follows:

Commence at the Southwest corner of said Lot 6; thence N 02°27'29" W along the West line of said Block B, also being the East right of way line of Collins Avenue (State Road A-1-A) for 28.07 feet; thence N 87°32'31" E at right angles to the previously described course for 15.62 feet to the Point of Beginning; thence N 88°18'36" E for 15.52 feet; thence N 01°41'24" W for 123.25 feet; thence N 88°20'18" E for 17.15 feet thence; N 01°41'24" W for 124.26 feet; thence S 88°18'38" W for 32.67 feet; thence S 01°41'24" E for 247.50 feet to the Point of Beginning.

The above described perimetrical boundary lies between elevation +8.1 feet and elevation +21.4 feet relative to the National Geodetic Vertical Datum of 1929.

## SHARED COMPONENTS UNIT LEGAL DESCRIPTION

Unit Shared Components Unit of Central Carillon Beach, a Condominium, according to the Declaration of Condominium thereof, filed October 15, 2008, in Official Records Book 26610, at Page 735, of the Public Records of Miami-Dade County, Florida, and all amendments thereto, together with an undivided interest in and to the common elements appurtenant thereto as specified in such Declaration.