**Exhibit E**

1. The Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing in favor of Hypo Real Estate Capital Corporation, a Delaware corporation, dated April 21, 2004, recorded April 22. 2004 in Official Records Book 22234, Page 2688, as amended by First Amendment to Mortgage. Security Agreement, Assignment of Rents and Leases and Fixture Filing recorded March 4, 2005 in Official Records Book 23139, Page 1936, as re-recorded April 4, 2005 in Official Records Book 23233, Page 1997. and modified by Notice of Future Advance and Second Amendment to Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing recorded August 2, 2005 in Official Records Book 23633. Page 4123, as assigned to Lehman Brothers Holdings, Inc., by Assignment of Notes and Mortgages recorded July 5, 2006 in Official Records Book 24689, Page 864, and further modified by that certain Notice of Future Advance and Amended and Restated Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing recorded September 12, 2006 in Official Records Book 24901, Page 2262, as assigned to LB Carillon Construction LLC by Assignment of Notice of Future Advance and Amended and Restated Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing recorded May 1, 2008 in Official Records Book 26355, Page 4533, and further assigned to Fortress Credit Corp, by Collateral Assignment of Recorded Mortgage Collateral Security Documents recorded May 1, 2008 in Official Records Book 26355, Page 4587, and as affected by that certain Termination and Release of Collateral Assignment of Recorded Mortgage Collateral Security Documents recorded July 7, 2009 in Official Records Book 26930, Page 559, as affected by Partial Release of Mortgages and Security Documents recorded August 5, 2009 in Official Records Book 26967, Page 3163, Partial Release of Mortgage and Security Documents recorded August 5, 2009 in Official Records Book 26967, Page 3 167, Partial Release of Mortgages and Security Documents recorded November 5, 2009 in Official Records Book 27074, Page 2925, Partial Release of Mortgages and Security Documents recorded November 5, 2009 in Official Records Book 27074, Page 2933, Partial Release of Mortgages and Security Documents recorded November 16, 2009 in Official Records Book 27084, Page 22, Partial Release of Mortgages and Security Documents recorded November 16, 2009 in Official Records Book 27084, Page 148, Partial Release of Mortgage recorded May 1, 2008 in Official Records Book 26355, Page 4529, Partial Release of Mortgages and Security Documents recorded October 24, 2008 in Official Records Book 26624, Page 1450, Partial Release of Mortgages and Security Documents recorded January 20, 2009 in Official Records Book 26722, Page 4506, Partial Release of Mortgages and Security Documents recorded January 20, 2009 in Official Records Book 26722, Page 4512, Partial Release of Mortgages and Security Documents recorded May 19, 2009 in Official Records Book 26872, Page 85, Partial Release of Mortgages and Security Documents recorded May 19, 2009 in Official Records Book 26872, Page 100, Partial Release of Mortgages and Security Documents recorded July 7, 201 0 in Official Records Book 27343, Page 4986, Partial Release of Mortgages and Security Documents recorded July 7, 20 10 in Official Records Book 27344, Page 94, Partial Release of Mortgages and Security Documents recorded June 8, 2011 in Official Records Book 27714, Page 1656, Partial Release of Mortgages and Security Documents recorded June 8, 2011 in Official Records Book 27714, Page 1664 Partial Release of Mortgages and Security Documents recorded December 9, 2011 in Official Records Book 27921, Page 4251, Partial Release of Mortgages and Security Documents recorded December 21, 2011 in Official Records Book 27935, Page 4658, Partial Release of Mortgages and Security Documents recorded September 6, 2012 in Official Records Book 2826 t, Page 8, Partial Release of Mortgages and Security Documents recorded September 6, 2012 in Official Records Book 28261, Page 16, and Partial Release of Mortgages and Security Documents recorded December 3, 2012 in Official Records Book 28381, Page 2543, all of the Public Records of Miami-Dade County, Florida.

2. UCC-1 Financing Statement recorded April 22, 2004 in Official Records Book 22234, Page 2742, Of the Public Records of Miami-Dade County, Florida, as amended by UCC-3 Financing Statement Amendment recorded July 5, 2006 in Official Records Book 24689, Page 869, and further amended by UCC-3 Financing Statement Amendment recorded July 13, 2006 in Official Records Book 24716, Page 1293, UCC-3 Financing Statement Amendment recorded May 1, 2008 in Official Records Book 26355, Page 4602, UCC-3 Financing Statement Amendment recorded May 1, 2008 in Official Records Book 26355, Page 4603, and further amended by UCC-3 Financing Statement Amendment recorded December 26, 2008 in Official Records Book 26699, Page 4 186, UCC-3 Financing Statement Amendment recorded July 24,

2009 in Official Records Book 26953, Page 3988, all of the Public Records of Miami-Dade County, Florida.

3. UCC-1 Financing Statement recorded August 2, 2005 in Official Records Book 23633, Page 4169, as amended by UCC-3 Financing Statement Amendment recorded June 16, 2010 in Official Records Book 27321, Page 3567, UCC-3 Financing Statement Amendment recorded June 16, 2010 in Official Records Book 27321, Page 3568, all of the Public Records of Miami-Dade County, Florida.

4. Assignment of Leases, Rents and Revenues recorded September 12, 2006 in Official Records Book 24901, Page 2304, of the Public Records of Miami-Dade County. Florida.

5. Second Priority Guaranty Mortgage in favor of Lehman Brothers Holdings, Inc., recorded May 1, 2008 in Official Records Book 26355, Page 4546, of the Public Records of Miami-Dade County, Florida.

6. UCC-1 Financing Statement recorded May 1, 2008 in Official Records Book 26355, Page 4608, of the Public Records of Miami-Dade County, Florida; as amended by UCC-3 Financing Statement Amendment recorded May 5, 2008 in Official Records Book 26360, Page 4190, UCC-3 Financing Statement Amendment recorded July 7, 2009 in Official Records Book 26930, Page 563, all of the Public Records of Miami-Dade County, Florida.

7. Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing in favor of Hypo Real Estate Capital Corporation, a Delaware corporation dated July 29, 2005 recorded August 2, 2005 in Official Records Book 23631, Page 2746, as modified by Notice of Future Advance and Amended and Restated Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing recorded September 1 3, 2006 in Official Records Book 24903, Page 3644, and as assigned to Lehman Brothers Holdings, Inc., a Delaware corporation by Assignment of Notes and Mortgages recorded July 5, 2006 in Official Records Book 24689, Page 864, and further assigned to LB Carillon Construction LLC by Assignment of Notice of Future Advance and Amended and Restated Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing recorded May 1, 2008 in Official Records Book 26355, Page 4540, as affected by Partial Release of Mortgages and Security Documents recorded October 24, 2008 in Official Records Book 26624, Page 1456, Partial Release of Mortgages and Security Documents recorded January 20, 2009 in Official Records Book 26722, Page 4518, Partial Release of Mortgages and Security Documents recorded May 19, 2009 in Official Records Book 26872, Page 110, Partial Release of Mortgages and Security Documents recorded August 5, 2009 in Official Records Book 26967, Page 3159, Partial Re lease of Mortgages and Security Documents recorded November 5, 2009 in Official Records Book 27074, Page 2929, Partial Release of Mortgages and Security Documents recorded July 7, 2010 in Official Records Book 27344, Page 47, Partial Release of Mortgages and Security Documents recorded June 8, 2011 in Official Records Book 27714, Page 1660, Partial Release of Mortgages and Security Documents recorded August 3, 2011 in Official Records Book 27778, Page 3179, Partial Release of Mortgages and Security Documents recorded December 9, 2011 in Official Records Book 27921, Page 4242, Partial Release of Mortgages and Security Documents recorded January 18, 2012 in Official Records Book 27964, Page 2631, Partial Release of Mortgages and Security Documents recorded February 10, 2012 in Official Records Book 27994, Page 1233, Partial Release of Mortgages and Security Documents recorded May 2, 2012 in Official Records Book 2809-L Page 4599, Partial Release of Mortgages and Security Documents recorded May 4, 2012 in Official Records Book 28098, Page 2916, Partial Release of Mortgages and Security Documents recorded September 6, 2012 in Official Records Book 28261, Page 12, Partial Release of Mortgages and Security Documents recorded October 1, 2012 in Official Records Book 28294, Page 2404, Partial Release of Mortgages and Security Documents recorded December 3, 2012 in Official Records Book 28381, Page 2547, Partial Release of Mortgages and Security Documents recorded September 4, 2013 in Official Records Book 28803, Page 2919, Partial Release of Mortgages and Security Documents recorded November 15, 2013 in Official Records Book 28912, Page 3203, Partial Release of Mortgages and Security Documents recorded November 25, 2013 in Official Records Book 28925, Page 3937, all of the Public Records of Miami-Dade County, Florida.

8. UCC-1 Financing Statement recorded August 2, 2005 in Official Records Book 23631, Page 2836, as assigned by UCC-3 Financing Statement Amendment recorded July 5, 2006 in Official Records Book

24689, Page 870, and UCC-3 Financing Statement Amendment recorded July 13, 2006 in Official Records Book 24 716, Page 1292, as terminated by UCC-3 Financing Statement recorded October 11, 2006 in Official Records Book 24991, Page 1301, as assigned by UCC-3 Financing Statement Amendment recorded May 1, 2008 in Official Records Book 26355, Page 4604, and assigned by UCC-3 Financing Statement recorded May 1, 2008 in Official Records Book 26355, Page 4605, and July 24, 2009 in Official Records Book 26953, Page 3987, all of the Public Records of Miami-Dade County, Florida.

9. UCC-1 Financing Statement recorded August 2, 2005 in Official Records Book 23631, Page 2844, as amended by UCC-3 Financing Statement Amendment recorded June 16, 2010 in Official Records Book 27321, Page 3566, and further amended by UCC-3 Financing Statement Amendment recorded July 5, 2006 in Official Records Book 24689, Page 871, and further amended by UCC-3 Financing Statement Amendment recorded July 13, 2006 in Official Records Book 24716, Page 1291, UCC-3 Financing Statement Amendment recorded May 1, 2008 in Official Records Book 26355, Page 4606, UCC-3 Financing Statement Amendment recorded May 1, 2008 in Official Records Book 26355, Page 4607, UCC-3 Financing Statement Amendment recorded July 24, 2009 in Official Records Book 26953, Page 3986, all of the Public Records of Miami-Dade County, Florida.

10. Assignment of Leases, Rents and Revenues recorded September 13, 2006 in Official Records Book 24903, Page 3684, of the Public Records of Miami-Dade County, Florida.

11. Collateral Assignment of Recorded Mortgage Collateral Security Documents in favor of Fortress Credit Corp, recorded May 1, 2008 in Official Records Book 26355, Page 4595, of the Public Records of Miami-Dade County, Florida.

12. Second Priority Guaranty Mortgage in favor of Lehman Brothers Holdings, Inc. recorded May 1, 2008 in Official Records Book 26355, Page 4567, of the Public Records of Miami-Dade County, Florida.

13. UCC-1 Financing Statement recorded May 1, 2008 in Official Records Book 26355, Page 4616, as amended by UCC-3 Financing Statement Amendment recorded May 6, 2008 in Official Records Book 26364, Page 148, UCC-3 Financing Statement Amendment recorded July 24, 2009 in Official Records Book 26953, Page 3985, UCC-3 Financing Statement Amendment recorded July 7, 2009 in Official Records Book 26930, Page 562, all of the Public Records of Miami-Dade County, Florida.

14. Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing in favor of PAMI ALI LLC, a Delaware limited liability company dated March 12, 2014, recorded March 18, 20 14 in Official Records Book 29072, Page 1855, of the Public Records of Miami-Dade County, Florida.

15. [Notice of Commencement recorded June 19, 2013 in Official Records Book 28685, Page 3570, of the Public Records of Miami-Dade County, Florida.]

16. [Notice of Commencement recorded March 5, 2014 in Official Records Book 29055, Page 1441, of the Public Records of Miami-Dade County, Florida.]

17. Any and all claims in North Carillon Beach Condominium Association, Inc. Complaint for Declaratory Relief against FL 6801 COLLINS NORTH LLC, FL 6801 COLLINS SOUTH LLC and FL 6801 Collins Central dated February 19, 2014.

18. Any and all claims in Central Carillon Beach Condominium Association, Inc. and South Carillon Beach Condominium Association, Inc., Complaint against FL 6801 Collins Central LLC, Carillon Hotel and Spa Master Association, Inc., and North Carillon Beach Condominium Association, Inc., dated, March 11, 2014.

19. Any and all claims covered by the Broad and Cassel letter addressed to Carillon Hotel and Spa Master Association, Inc. regarding "Request for Records" dated December 27, 2013.

20. Any and all claims covered by the Broad and Cassel letter addressed to FL6801 Collins Central, LLC c/o FL 6801 Spirits LLC regarding "Request for Records" dated December 27, 2013.

21. Any and all claims covered by the Siegfried Rivera Hyman Lerner De La Torre Mars Sobel ("SRHL") letter addressed to SHUTTS & BOWEN, LLP regarding South Carillon Beach Condominium Association, Inc. Heat Exchange System dated November 19, 2013.

22. Any and all claims covered by the SRHL letter addressed to SHUTTS & BOWEN, LLP regarding South Carillon Beach Condominium Association, Inc. Certificate of Occupancy dated September 26, 2013.

23. Any and all claims covered by the SRHL letter addressed to SHUTTS & BOWEN, LLP regarding South Carillon Beach Condominium Association, Inc. Heat Exchange System dated September 25, 2013.

24. Any and all claims covered by the SRHL letter addressed to SHUTTS & BOWEN, LLP regarding South Carillon Beach Condominium Association, Inc. Vibration and Noise from Hydraulic Elevator Pumps dated September 27, 2013.

25. Any and all claims covered by the HYMAN and MARS LLP letter addressed to SHUTTS AND BOWEN, LLP regarding South Carillon Beach Condominium Association, Inc. Units S-212 and Units S-312 dated April 26, 2013.

26. Any and all claims covered by the HYMAN and MARS LLP letter addressed to SHUTTS AND BOWEN, LLP regarding South Carillon Beach Condominium Association, Inc. Units S-212 and Units S-312 dated May 3, 2013.

27. Any and all claims covered by the HYMAN and MARS LLP letter addressed to SHUTTS AND BOWEN, LLP regarding South Carillon Beach Condominium Association, Inc. Units S-212 and Units S-312 dated June 3, 2013.

28. Any and all claims covered by the GURSKEY RAGAN PA letter addressed to SHUTTS AND BOWEN, LLP regarding Building Records dated February 5, 2013.

29. Any and all claims covered by the GURSKEY RAGAN PA letter addressed to SHUTTS AND BOWEN, LLP regarding Request for Records dated January 21, 2013.

30. Any and all claims covered by the Notice of Claim by South Carillon Beach Condominium Association, Inc. pursuant to Chapter 558 Florida Statues dated May 22, 2012.

31. Any and all claims covered by the RUMBERGER KIRK & CALDWELL letter addressed to GURSKY & RAGAN PA regarding South Carillon Beach Condominium Association, Inc. 558 Notice dated May 29, 2013.

32. Any and all claims covered by the Pardo & Gainsburg LLP letter to FL 6801 Collins South, LLC regarding NOTICE OF CLAIM FOR UNIT 507 PURSUANT TO SECTION 558.004, FLORIDA STATUTES dated November 4, 2010

33. Any and all claims covered by the Pardo & Gainsburg LLP letter to FL 6801 Collins South, LLC regarding NOTICE OF CLAIM FOR UNIT 508 PURSUANT TO SECTION 558.004, FLORIDA STATUTES dated November 4, 2010.