TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Steven S. Flores
Lara R. Sheikh

*Attorneys for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
FL 6801 SPIRITS LLC, *et al.*,              :   Case Nos. 14-11691 [SCC]
                                            :
                      Debtors.              :   (Jointly Administered)
                                            :
---------------------------------------------------------------x

## NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that on June 1, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors")[1] filed a motion [Docket No. 4] (the "Sale Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), seeking approval of key dates, times, and procedures (the "Bidding Procedures") related to the sale of substantially all their assets (the "Assets") to 360 Miami Hotel & Spa LLC, subject to higher or better offers, by way of a Court-approved auction process (the "Auction"). On July 1, 2014, the Bankruptcy Court approved the Bidding Procedures and on August 19, 2014, the Auction occurred. On August 27, 2014, the Debtors selected Z Capital Florida Resort LLC ("Z Capital" or the "Purchaser") as the "Successful Bidder" for the Debtors' Assets. On November 26, 2014, entered an Order (the "Sale Order") approving the Debtors' sale of the Assets (the "Sale") to Z Capital under that certain Purchase and Sale Agreement ("PSA") by and among the Collins Subsidiaries and Z Capital, including the assumption and assignment of certain executory contracts and unexpired leases (the "Assigned Contracts").

**PLEASE TAKE FURTHER NOTICE** that on January 14, 2015 (the "Closing Date"), the Debtors and Z Capital closed on the Sale of the Assets including the hotel formerly known as the "Canyon Ranch Hotel & Spa" and now known as the "Carillon Hotel & Spa," in addition to the Debtors' Real Property, Intellectual Property, Rental Program Agreements, Licenses, Personal Property, Developer Rights, Software, a

---

[1] The Debtors consist of the following entities: FL 6801 Spirits LLC, FL 6801 Collins North LLC, FL 6801 Collins Central LLC and FL 6801 Collins South LLC.

Construction Contract, the Assigned Contracts and the Property Books and Records (each as defined herein or in the PSA).

**PLEASE TAKE FURTHER NOTICE** that pursuant to ¶ 19 of the Bidding Procedures, a complete list of the Assigned Contracts will be filed within five (5) business days of the Closing Date.

**PLEASE TAKE FURTHER NOTICE** that following the January 14, 2015 Closing Date, any party providing services, goods, and/or labor relating to the Assets after the Closing Date acts for the benefit of Z Capital, as Purchaser. Any requests for direction or clarification regarding the scope of work being performed with respect to the Assets should be directed to counsel for Z Capital: Latham & Watkins, LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Attn: James Ktsanes, Esq.

DATED: New York, New York
January 15, 2015

FL 6801 SPIRITS LLC, *et al.*,
Debtors and Debtors in Possession,
By their Counsel,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Frank A. Oswald
FRANK A. OSWALD
STEVEN S. FLORES
LARA R. SHEIKH
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000