TOGUT, SEGAL & SEGAL LLP  　　　　　　　　　　　HEARING DATE:  MAY 20, 2015
One Penn Plaza, Suite 3335　　　　　　　　　　　　　　　　AT:    2:00 P.M.
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Steven S. Flores
Brian F. Moore

*Counsel to the*
  *Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　:
In re:　　　　　　　　　　　　　　　　　　　　:　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　:
FL 6801 SPIRITS LLC, *et al.*,　　　　　　　　　　:　　Case Nos. 14-11691 [SCC]
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Debtors.　　　　　　:　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------x

**PROPOSED AGENDA FOR HEARING
SCHEDULED FOR MAY 20, 2015 AT 2:00 P.M.**

**Location of Hearing**:　　United States Bankruptcy Court for the Southern District of New York, Room 623, One Bowling Green, New York, New York 10004.

All matters set for hearing are uncontested.

**A.　　UNCONTESTED MATTERS:**

　　1.　　Liquidating Plan of FL 6801 Spirits LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [**Docket No. 309**];  and Disclosure Statement Concerning Liquidating Plan of FL 6801 Spirits LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [**Docket No. 310**].

　　　　Response Deadline:　　May 13, 2015 at 4:00 p.m.

　　　　Related Documents:

　　　　　　(i)　　Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement and Plan, and (III) Approving Form, Manner, and Sufficiency of Notice of Combined Hearing [**Docket No. 314**];

    (ii)    Affidavit of Service of Docket Nos. 309, 310, and 314 [**Docket No. 318**];

    (iii)    Notice of Reserves Established in Connection with the Debtors' Chapter 11 Plan of Liquidation [**Docket No. 323**];

    (iv)    Notice of Proposed Order (I) Approving Adequacy of Disclosure Statement and (II) Confirming Liquidating Plan of FL 6801 Spirits LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [**Docket No. 324**]; and

    (v)    Declaration of Anthony Barsanti in Support of Confirmation of the Liquidating Plan of FL 6801 Spirits LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [**Docket No. 325**]; and

    (vi)    Affidavit of Service of Docket Nos. 323, 324 and 325 [**Docket No. 326**].

Responses/Reply Filed:    None.

Status:    This matter is going forward.

2. Second Application of Togut, Segal & Segal LLP, as Bankruptcy Counsel for the Debtors, for Allowance of Interim Compensation for Services Rendered for the Period October 1, 2014 through January 31, 2015, and for Reimbursement of Expenses [**Docket No. 306**].

Response Deadline:    May 13, 2015 at 4:00 p.m.

Related Documents:

    (i)    Notice of Hearing to Consider Second Interim Applications for an Allowance of Compensation for Professionals for Services Rendered for the Period October 1, 2014 through January 31, 2014 and for Reimbursement of Expenses [**Docket No. 313**]; and

    (ii)    Affidavit of Service of Docket Nos. 305, 306 and 313 [**Docket No. 316**].

Response Filed:

    (i)    Statement of No Objection of the United States Trustee Regarding Applications for Second Interim Compensation [**Docket No. 320**].

Status:    This matter is going forward.

3.    Second Application of Shutts & Bowen LLP, as Special Real Estate Counsel for the Debtors, for Allowance of Interim Compensation for Services Rendered for the Period October 1, 2014 through January 31, 2015, and for Reimbursement of Expenses [**Docket No. 305**].

   <u>Response Deadline</u>:   May 13, 2015 at 4:00 p.m.

   <u>Related Documents</u>:

     (i)    Notice of Hearing to Consider Second Interim Applications for an Allowance of Compensation for Professionals for Services Rendered for the Period October 1, 2014 through January 31, 2014 and for Reimbursement of Expenses [**Docket No. 313**];

     (ii)    Affidavit of Service of Docket Nos. 305, 306 and 313 [**Docket No. 316**];

     (iii)    Notice of Corrected Amount of Fees Sought for Shutts & Bowen LLP for the Second Interim Fee Period [October 1, 2014 Through and Including January 31, 2015] [**Docket No. 321**]; and

     (iv)    Affidavit of Service of Docket No. 321 [**Docket No. 322**].

   <u>Response Filed</u>:

     (i)    Statement of No Objection of the United States Trustee Regarding Applications for Second Interim Compensation [**Docket No. 320**].

   <u>Status</u>:   This matter is going forward.

Dated: New York, New York
      May 19, 2015

                                      FL 6801 SPIRITS LLC, *et al.*,
                                      Debtors and Debtors in Possession,
                                      By Their Counsel
                                      TOGUT, SEGAL & SEGAL LLP
                                      By:

                                      /s/ Brian F. Moore
                                      FRANK A. OSWALD
                                      BRIAN F. MOORE
                                      One Penn Plaza, Suite 3335
                                      New York, New York 10119
                                      (212) 594-5000