UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         :     Chapter 11
                                                               :
FL 6801 SPIRITS LLC,                                           :     Case No. 14-11691 (SCC)
                                                               :
                              Debtor.                          :     (Post-Effective Date Debtor)
                                                               :
---------------------------------------------------------------X

# FINAL DECREE AND ORDER
# AUTHORIZING CLOSING OF CASE

Upon the application (the "Application") submitted by Lehman Brothers Holdings Inc., as Plan Administrator on behalf of the Post-Effective Date Debtors (the "Debtors"[1]), in the Chapter 11 cases jointly administered under Case No. 14-11691, for the entry of a final decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and an order closing the above-captioned Chapter 11 case pursuant to 11 U.S.C. § 350(a); and due and proper notice of the Application having been provided, and no further notice being required, and good and sufficient cause appearing therefor, it is

**ORDERED,** that pursuant to Bankruptcy Rule 3022, this Final Decree shall be entered in the above-captioned case; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 350(a), the above-captioned case shall be closed effective as of September 30, 2015; and it is further

---

[1] The Debtors are FL 6801 Spirits LLC ("FL Spirits"), FL 6801 Collins North LLC ("FL Collins North"), FL 6801 Collins Central LLC ("FL Collins Central"), and FL 6801 Collins South LLC ("FL Collins South").

**ORDERED**, that this Court shall retain jurisdiction over the above captioned post-confirmation debtor for the purposes set forth in the Confirmation Order and the Plan (each as defined in the Application).

Dated:   New York, New York
         October 23, 2015

                                    /S/ Shelley C. Chapman
                                    HONORABLE SHELLEY C. CHAPMAN
                                    UNITED STATES BANKRUPTCY JUDGE