UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                               : Chapter 11
                                                     :
                                                     : Case No. 14-11691 (SCC)
FL 6801 SPIRITS LLC, *et al.*,                       :
                                                     : (Jointly Administered)
                                          Debtors.   :
---------------------------------------------------------------X

## ORDER REOPENING CHAPTER 11 CASES

Upon the motion (the "<u>Motion</u>") of the North Carillon Beach Condominium Association (the "<u>NCBCA</u>") for an order (this "Order") reopening the Chapter 11 Cases[1] of the above-captioned debtors; the Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to § 157(b); venue being proper in this District and before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; service and notice of the Motion having been adequate and appropriate under the circumstances and no other or further notice is required; and after due deliberation and sufficient cause appearing therefore; the Court therefore orders, adjudges, and decrees that:

1. The Motion is granted as provided herein.

2. The Chapter 11 Cases shall be reopened pursuant to section 350(b) of the Bankruptcy Code.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Motion.

3. The Court shall retain jurisdiction to resolve disputes in connection with this Order.

Dated: October 5, 2016

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE