UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                             :

In re:                                                   :         Chapter 11

FL 6801 SPIRITS LLC,                           :         Case No. 14-11691 (SCC)

                            Debtor.                :         (Post-Effective Date Debtor)

------------------------------------------------------------X

## ORDER CLOSING CASE

Upon the motion (the "Motion") of the United States Trustee for Region 2 pursuant to 11 U.S.C. § 1112(b) for an order dismissing the above-captioned case; and an order having been entered on October 5, 2016 to re-open the above-captioned case for the sole purpose to commence an adversary proceeding [Docket No. 398] that was then the subject of an abstention order, which, as a result, *inter alia*, there would be no reason for the Chapter 11 case to remain open [Adversary Proceeding 16-01259, Docket No. 49]; and an order already having been entered for a final decree in the above-captioned case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and closing the above-captioned Chapter 11 case pursuant to 11 U.S.C. § 350(a) [Docket No. 361]; and in an effort to address concerns raised to the Motion by the Post-Effective Date Debtors (the "Debtors"[1]); and due and proper notice of the Motion having been provided, and no further notice being required, and good and sufficient cause appearing therefor, it is

---

[1] The Debtors are FL 6801 Spirits LLC ("FL Spirits"), FL 6801 Collins North LLC ("FL Collins North"), FL 6801 Collins Central LLC ("FL Collins Central"), and FL 6801 Collins South LLC ("FL Collins South").

**ORDERED**, the Motion is granted and resolved solely to the extent that pursuant to 11 U.S.C. § 350(a), the above-captioned case shall be closed.

**ORDERED**, the Bankruptcy Court shall retain jurisdiction in connection with the implementation of this Order.

Dated:    New York, New York
         January 21, 2020

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE